# ZEMAN & WOMBLE, LLP

BENJAMIN ZEMAN
20 VESEY STREET, SUITE 400
NEW YORK, NY 10007

P  (718) 514 - 9100
F  (917) 210 - 3700
ZEMAN@ZEMANWOMBLELAW.COM

WWW.ZEMANWOMBLELAW.COM

October 31, 2024

VIA ECF

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, N.Y. 10007-1312

Re: U.S. v. Alvaro Geovanni Quijada-Lemus, 24 Cr. 599 (JPO)

Dear Judge Oetken,

    I submit this letter, on behalf of my client, Alvaro Geovanni Quijada-Lemus, requesting a modification of his bail conditions. Mr. Quijada-Lemus has a weekly obligation with his job that requires him to spend a full day travelling to New Jersey and back. Additionally, his son is involved in a travel soccer team that brings him to New Jersey frequently. Counsel and Mr. Quijada-Lemus have conferred with the Government and Pretrial Services regarding this request and both Consent to this modification with the understanding that he will inform his Pretrial Officer, Taelor Nisbeth, when he is going to New Jersey.

    I, therefore, request that the conditions of Alvaro Geovanni Quijada-Lemus's Pretrial supervision be modified to allow him to travel to New Jersey so long as he informs his pretrial officer.

    Thank you for your consideration of this request.

**Granted.**
**So ordered:  10/31/2024**

Respectfully,

*/s/ J. Paul Oetken*
J. PAUL OETKEN
United States District Judge

Benjamin Zeman
Counsel for Alvaro Geovanni Quijada-Lemus